**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jennifer Jones,

       Plaintiff,

                                    Case No. 1:24cv213

       v.

State Farm Fire and Casualty Co.,         Judge Michael R. Barrett

       Defendant.

## ORDER

       Pursuant to notice from the parties that this matter has settled, it is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days reopen the action. The Court retains jurisdiction.

       **IT IS SO ORDERED.**

                                     *s/Michael R. Barrett*
                                   Michael R. Barrett, Judge
                                   United States District Court